DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

12 DECEMBER 2012

| 011P10-2 | In the Matter of Appeal of: IBM Credit Corporation from the Decision of the Durham County Board of County Commissioners concerning the valuation of business personal property for tax year 2001 | Respondent's (Durham County) PDR Under N.C.G.S. § 7A-31 (COA11-1144) | Denied |
|---|---|---|---|
| 016P07-3 | State v. Joey Duane Scott | Def's *Pro Se* Motion for Petition for Redress of Law | Dismissed |
| 031P11-4 | State v. Julius Kevin Edwards | Def's *Pro Se* Motion for NOA (COAP11-307) | Dismissed |
| 035PA12 | Connie Chandler, Employee, by her Guardian ad Litem, Celeste M. Harris v. Atlantic Scrap and Processing, Employer and Liberty Mutual Insurance Company, Carrier | Plt's Motion for Consolidation | Allowed 10/29/12 |
| 039P12 | State v. Ray Lee Ross | Def's *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31 (COA10-1503) | Denied |
| 041P12 | Edgewater Services, Inc. and Lucinda Dosher v. Epic Logistics, Inc., Don and Barbara Sherrill, and Jolie Anne Osgood | 1. Plts' PDR Under N.C.G.S. § 7A-31 (COA11-176)<br><br>2. Def's (Jolie Anne Osgood) Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br><br>2. Dismissed as Moot<br><br>**Jackson, J., Recused** |
| 063P10-2 | State v. Myron Roderick Nunn | 1. Def's *Pro Se* Motion for NOA (COAP12-781)<br><br>2. Def's *Pro Se* PWC to Review Order of COA | 1. Dismissed<br><br>2. Dismissed |
| 090P07-6 | State v. Lindo Nickerson | Def's *Pro Se* NOA | Dismissed<br><br>**Jackson, J., Recused** |